UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 4:20-CR-119** |
| | ) | |
| **JERVARIO MELTON** | ) | |

**ORDER**

Pending before the Court is the United States' Motion for Reciprocal Discovery ("Motion") to which no response has been filed. Doc. 23  Having considered the Motion, and for good cause therein, the United States' Motion is hereby **GRANTED**.

Accordingly, Defendant shall, within 14 days of this Order, produce the following items to the United States or certify in writing to the United States that no such responsive items exist: (i) items subject to disclosure as listed in Federal Rule of Criminal Procedure 16(b), including documents and objects, reports of examination and tests, and expert witnesses; (ii) notice of an alibi defense in compliance with Federal Rule of Criminal Procedure 12.1 that states each specific place where the defendant claims to have been at the time of the alleged offenses,[1] and the name, address, and telephone number of each alibi witness on whom the defendant intends to rely; (iii) written notice of an insanity defense and expert evidence of a mental condition, in compliance with Federal Rule of Criminal Procedure 12.2; (iv) written notice of any actual or believed exercise of public authority on behalf of a law

---

[1] The United States' Motion specified the time, date, and location of the charged offense.

enforcement agency or federal intelligence agency at the time of the offense, in compliance with Federal Rule of Criminal Procedure 12.3; (v) any defense witness's statement in Defendant's possession, other than his own statement, that relates to the subject matter about which said witness will testify at trial. Defendant is also instructed to promptly disclose any discoverable material in which it becomes aware as part of its continuing disclosure duty.

SO ORDERED this 29th day of March, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA